

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

**3:13-CR-00407-MO**

v.

**AMENDED INFORMATION**
**18 U.S.C. § 666(a)(1)(A)**

**LAURA DUNN,**

**Defendant.**

## THE UNITED STATES ATTORNEY CHARGES:
### (THEFT OF A PROGRAM RECEIVING FEDERAL FUNDS)
### 18 U.S.C. § 666(a)(1)(A)

Beginning about January of 2011, and continuing through on or about May 17, 2012,

within the District of Oregon, LAURA DUNN, defendant herein, being a registered nurse and

agent of Heart of Hospice, an organization receiving in the one year period beginning January

2011 to January 2012 federal benefits in excess of $10,000 under the Federal Medicare Program

- Part A, did embezzle, steal, obtain by fraud, knowingly convert to her own use without

authority, and intentionally misapply, property worth at least $5,000 that was owned by and

under the care, custody, and control of Heart of Hospice, in violation of Title 18, United States

Code, § 666(a)(1)(A).

Dated this _19_ day of September 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

KEMP L. STRICKLAND
Assistant United States Attorney