S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**KEMP L. STRICKLAND, OSB #96118**
Assistant United States Attorney
Kemp.Strickland@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1105
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:13-CR-00407-MO |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **LAURA DUNN,** | |
| Defendant. | Sentencing Date<br>January 9, 2014, at 11:00 a.m. |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Kemp L. Strickland, Assistant United States Attorney, respectfully submits the Government's Sentencing Memorandum for the Court's consideration.  Except as noted in this memorandum, the government agrees with the factual findings, guideline applications, and recommendations as set forth in the Pre-Sentence Report (PSR).  The government recommends that defendant be sentenced eight months home detention followed by

three years of probation.  Finally, the parties stipulate to full restitution and request the Court to order it immediately due and payable to the Heart of Hospice in the amount of $10,224.46.

Dated this 31st day of December 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*s/ Kemp L. Strickland*
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney
(503) 727-1000